LIPSON NEILSON P.C.
Kaleb D. Anderson, Esq.
Nevada Bar No. 7582
Amber M. Williams, Esq.
Nevada Bar No. Bar No. 12301
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
kanderson@lipsonneilson.com
awilliams@lipsonneilson.com

*Attorneys for Defendant*
*Woodchase Condominiums Homeowners Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>WOODCHASE CONDOMINIUMS HOMEOWNERS ASSOCIATION; HAMPTON & HAMPTON COLLECTIONS LLC,<br><br>Defendants. | CASE NO.: 3:17-cv-00462-MMD-VPC<br><br>**STIPULATION & ORDER TO EXTEND TIME TO FILE RESPONSE TO BANK OF AMERICA, N.A.'S COMPLAINT**<br><br>**(Fourth Request)** |

Plaintiff BANK OF AMERICA, N.A. ("Plaintiff") and Defendant WOODCHASE CONDOMINIUMS HOMEOWNERS ASSOCIATION ("HOA"), by and through their respective counsel, hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the deadline for the HOA to file a Response to Plaintiff's Complaint [ECF No. 1], which Plaintiff filed on August 2, 2017, shall be extended an additional thirty (30) days.

The parties previously agreed to extend the deadline until February 22, 2018 pursuant to a Stipulation to Extend (Third Request) that was filed on December 21, 2017 [ECF No. 16], which the Court granted on December 27, 2017 [ECF No. 17].

1  The response is currently due on February 22, 2018 and the new deadline will be
2  March 26, 2018. This is the Fourth stipulation for extension of time to file a response.
3  Good cause exists for the extension. The parties have reached a settlement and
4  have signed the settlement agreement and other settlement documents; however, it has
5  taken the parties longer than anticipated to obtain and exchange the settlement
6  payments. Thus, the parties need additional time to finalize the settlement and submit a
7  stipulation and order of dismissal without incurring unnecessary litigation fees and costs.
8  The parties have entered into this agreement in good faith and not for purposes of
9  delay. This is the parties' way of accommodating one another given the overall increase
10 in litigation in this area of law.

11 DATED this 22nd day of February, 2018.        DATED this 22nd day of February, 2018.
12 LIPSON NEILSON P.C.                            AKERMAN, LLP

/s/ *Amber M. Williams*                          /s/ *Scott R. Lachman*

Kaleb D. Anderson, Esq. (Bar No. 7582)           Melanie D. Morgan, Esq. (Bar No. 8215)
Amber M. Williams, Esq. (Bar No. 12301)          Scott R. Lachman, Esq. (Bar No. 12016)
9900 Covington Cross Drive, Suite 120            1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144                          Las Vegas, Nevada 89144

*Attorneys for Defendant*                        *Attorneys for Plaintiff*
*Woodchase Condominiums HOA*                     *Bank of America, N.A.*

## ORDER

IT IS SO ORDERED.

DATED: February 24, 2018.

_____
UNITED STATES MAGISTRATE JUDGE